IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN DEWAYNE JENKINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-07-223-M |
| ERNIE CURRIER, et al., | ) |
| Defendant. | ) |

## ORDER

On March 20, 2007, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that Plaintiff's claim based on federal law be dismissed with prejudice for failure to state a claim for relief. The Magistrate Judge further recommends that this Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims and dismiss such claims without prejudice. The parties were advised of their right to object to the Report and Recommendation by April 9, 2007. On April 9, 2007, Plaintiff filed his objection.

Having carefully reviewed this matter *de novo*, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on March 20, 2007;

(2) DISMISSES Plaintiff's claim pursuant to 42 U.S.C. § 1983 with prejudice pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e)(2)(B); and

(3) DECLINES to exercise jurisdiction over Plaintiff's state law claims and DISMISSES such claims without prejudice pursuant to 28 U.S.C. § 1367(c).

**IT IS SO ORDERED this 19th day of April, 2007**.

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE